IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BRYAN CHRISTENSEN,<br><br>     Defendant. | 4:12CR3044<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court upon the plaintiff's Motion for Final Order of Forfeiture (filing 42). On October 29, 2012, the Court entered a preliminary order of forfeiture (filing 40) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the information (filing 1). By way of the preliminary order of forfeiture, the defendant's interest in the following properties were forfeited to the United States:

  a. One Z-Machine GT1000 computer tower, no serial number, evidence barcode E03964599;

  b. One Western Digital 80Gb hard drive, model WD740ADFD Raptor, serial number WMANS1382835;

  c. One unlabeled Verbatim rewritable compact disc (CD-RW) discovered in bottom DVD drive;

  d. One generic computer tower in ANTEC case, no serial number, with two open drive bays and DVD drive, evidence barcode E03964598;

  e. One Western Digital IDE 200Gb hard drive, model Caviar SE, Serial Number WMAL72197445;

  f. One Mobile Disk External hard drive, no serial number, with power and USB cabling, evidence barcode E03964600; and

      g.    One Western Digital 200Gb hard drive, serial number WMAL72142628, installed in external disk storage container.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 31, 2012, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 41) was filed on January 8, 2013. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 42) is granted.

2. All right, title, and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

    a.    One Z-Machine GT1000 computer tower, no serial number, evidence barcode E03964599;

    b.    One Western Digital 80Gb hard drive, model WD740ADFD Raptor, serial number WMANS1382835;

    c.    One unlabeled Verbatim rewritable compact disc (CD-RW) discovered in bottom DVD drive;

    d.    One generic computer tower in ANTEC case, no serial number, with two open drive bays and DVD drive, Evidence Barcode E03964598;

    e.    One Western Digital IDE 200Gb hard drive, model Caviar SE, Serial Number WMAL72197445;

  f. One Mobile Disk External hard drive, no serial number, with power and USB cabling, evidence barcode E03964600; and

  g. One Western Digital 200Gb hard drive, serial number WMAL72142628, installed in external disk storage container.

C. The properties described above are forfeited to the plaintiff.

D. The plaintiff is directed to dispose of the properties described above in accordance with law.

DATED this 22nd day of January, 2013.

          BY THE COURT:

          *John M. Gerrard*
          John M. Gerrard
          United States District Judge

3