IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3044 |
| vs. | ORDER |
| BRYAN CHRISTENSEN, | |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's motion to dismiss (filing 62) is granted.

2. The petition for offender under supervision (filing 48) is dismissed without prejudice.

3. The August 2, 2019 hearing is cancelled.

Dated this 18th day of June, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge